# Court of Appeals
# of the State of Georgia

ATLANTA,    April 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0295. JOYCE HAYDEN et al. v. WRI CAPITAL GROUP A/A/F COLFIN AI-GA 1, LLC et al.**

This case began in magistrate court as a dispossessory proceeding brought by WRI Capital Group against Joyce Hayden and others. The magistrate court found in favor of WRI Capital Group and issued a writ of possession. Hayden appealed to superior court, and WRI Capital Group moved for a writ of possession. On February 19, 2014, the superior court issued WRI Capital Group a writ of possession. Thirty-three days later, on March 24, 2014, Hayden filed this application for discretionary appeal.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment.  OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).

Because Hayden filed this application 33 days after entry of the superior court's order, the application is untimely. And this Court lacks jurisdiction to

consider an untimely application. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 04/22/2014
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*